**MICHELLE BETANCOURT**
California State Bar No. 215035
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467 Ext. 3737
Facsimile: (619) 687-2666
michelle_betancourt@fd.org

Attorneys for Mr. Navarro-Carranza

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 07mj2515 |
| Plaintiff, ) | |
| v. ) | PROOF OF SERVICE |
| **JUAN NAVARRO-CARRANZA,** ) | |
| Defendant. ) | |

    Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

    United States Attorney
    efile.dkt.gc1@usdoj.gov

Dated: November 2, 2007　　　　　　　　　　　　　s/ Michelle Betancourt
　　　　　　　　　　　　　　　　　　　　　　　　MICHELLE BETANCOURT
　　　　　　　　　　　　　　　　　　　　　　　　Federal Defenders
　　　　　　　　　　　　　　　　　　　　　　　　225 Broadway, Suite 900
　　　　　　　　　　　　　　　　　　　　　　　　San Diego, CA 92101-5030
　　　　　　　　　　　　　　　　　　　　　　　　(619) 234-8467 (tel)
　　　　　　　　　　　　　　　　　　　　　　　　(619) 687-2666 (fax)
　　　　　　　　　　　　　　　　　　　　　　　　e-mail: michelle_betancourt@fd.org