FILED

JAN 3 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                                    DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. *07 cr 3169-JAH* |
| | ) | |
| Plaintiff, | ) | **CONSENT TO RULE 11 PLEA IN A** |
| | ) | **FELONY CASE BEFORE UNITED** |
| v. | ) | **STATES MAGISTRATE JUDGE,** |
| | ) | **WAIVER OF PRESENTENCE REPORT** |
| JUAN NAVARRO-CARRANZA, | ) | **AND WAIVER OF OBJECTIONS FOR** |
| | ) | **IMMEDIATE SENTENCING** |
| Defendant. | ) | |
| | ) | |

I have been advised by my attorney and by the United States Magistrate Judge of my right to enter my plea in this case before a United States District Judge.  I hereby declare my intention to enter a plea of guilty in the above case, and I request and consent to have my plea taken by a United States Magistrate Judge pursuant to Rule 11 of the Federal Rules of Criminal Procedure.

I understand that if my plea of guilty is taken by the United States Magistrate Judge, and the Magistrate Judge recommends that the plea be accepted, the assigned United States District Judge will then decide whether to accept or reject any plea agreement I may have with the United States and will adjudicate guilt and impose sentence.

I further understand that due to my request for immediate

K:\COMMON\CSA\forms\2005\consents.wpd

1  sentencing in this case, I am waiving the preparation of a

2  presentence report and I am also waiving any objections I may

3  have to the Magistrate Judge's findings and recommendation

4  concerning the entry of my guilty plea.

5

6

7  Dated: _12/31/07_                    _IVAN NAVARRO_____

8                                       Defendant

9

10

11 Dated: _12/31/07_                    _____

12                                      Attorney for Defendant

13

14      The United States Attorney consents to have the plea in this

15 case taken by a United States Magistrate Judge pursuant to

16 Criminal Local Rule 11.2 and further waives a presentence report

17 in this case as well as any objections to the Magistrate Judge's

18 findings and recommendation concerning the entry of the guilty

19 plea.

20

21

22 Dated: _1/3/08_                      _Michelle M. Pettit_____

23                                      Assistant United States Attorney

24

25

26

27

28

K:\COMMON\CSA\forms\2005\consents.wpd